DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHADWICK LORAY ROBINSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3071

_____

September 1, 2023

Appeal from the Circuit Court for Manatee County; Lon Arend, Judge.

Howard L. Dimmig, II, Public Defender and Clark E. Green, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

KELLY, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.